No. 610. SULLIVAN, TAX COMMISSIONER OF CONNECTICUT, ET AL. *v.* UNITED STATES ET AL. C. A. 2d Cir. [Probable jurisdiction noted, 393 U. S. 1012.] Motion of Stanley Fissel for leave to file a brief as *amicus curiae* granted. *Benjamin M. Wall* on the motion. *Robert K. Killian,* Attorney General of Connecticut, and *F. Michael Ahern, Ralph G. Murphy,* and *Richard A. Gitlin,* Assistant Attorneys General, for appellants in opposition.

No. 974. CONWAY *v.* CALIFORNIA ADULT AUTHORITY ET AL. C. A. 9th Cir. [Certiorari granted, 393 U. S. 1062.] Motion of petitioner for appointment of counsel granted. It is ordered that *Charles S. Ralston, Esquire,* of San Francisco, California, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 1084. WADE *v.* WILSON, WARDEN, ET AL. C. A. 9th Cir. [Certiorari granted, 393 U. S. 1079.] Motion of petitioner for appointment of counsel granted. It is ordered that *Marshall L. Small, Esquire,* of San Francisco, California, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 1099. ASHE *v.* SWENSON, WARDEN. C. A. 8th Cir. [Certiorari granted, 393 U. S. 1115.] Motion of petitioner for appointment of counsel granted. It is ordered that *Clark M. Clifford, Esquire,* of Washington, District of Columbia, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 1515, Misc. HANIBLE *v.* KROPP, WARDEN, ET AL. Motion for leave to file petition for writ of habeas corpus denied. *Frank J. Kelley,* Attorney General of Michigan, *Robert A. Derengoski,* Solicitor General, and *Stewart H. Freeman,* Assistant Attorney General, in opposition.